JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JULISSA ITZAMARA AGUIRRE CASTILLO,
Petitioner,
v.
MARKWAYNE MULLIN, et al,
Respondents.

No. 5:26-cv-04145-BFM

**JUDGMENT**

On August 3, 2026, the Court issued an order granting the petition and ordered Petitioner Julissa Itzamara Aguirre Castillo (A# 220-393-971) to be immediately released on the conditions of supervision previously imposed. (ECF 5 at 5.) The Court directed Petitioner's counsel to notify the Court if her release was delayed for any reason. (ECF 5 at 5.) Petitioner has not notified the Court, and the Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Claim Two. The Clerk of Court is directed to close this case.

DATED: August 11, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE